Michael J. Reiser (133621)
 michael@reiserlaw.com
Matthew Reiser (315301)
 matthew@reiserlaw.com
Isabella Martinez (315299)
 isabella@reiserlaw.com
REISER LAW, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile: (415) 510-2544

Tyler Meade (160838)
 tyler@meadefirm.com
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, California 94129
Telephone: (415) 724-9600
Facsimile: (925) 476-0304

*Attorneys for Plaintiffs*

*(Additional Counsel on Signature Block)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATKINS INVESTMENT PARTNERSHIP, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>EisnerAmper, LLP,<br><br>Defendant. | Case No. 4:21-cv-00990<br><br>(Hon. Yvonne Gonzalez Rogers)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiffs Atkins Investment Partnership et al. and Defendant EisnerAmper, LLP (the "Parties"), by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of Plaintiffs' Complaint and the entire action against Defendant EisnerAmper, LLP, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 12, 2024  REISER LAW, p.c.

THE MEADE FIRM p.c.

By:   /s/ *Matthew Reiser*
Matthew Reiser
Attorneys for Plaintiffs

Additional Counsel for Plaintiffs (admitted Pro Hac Vice):

Jeffrey C. Schneider, Esq.
  *jcs@lklsg.com*
Jason Kellogg, Esq.
  *jk@lklsg.com*
Victoria J. Wilson, Esq.
  *vjw@lklsg.com*
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, Florida 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

DATED: November 12, 2024  GARRETT & TULLY, P.C.

  /s/ *Stephen J. Tully*
STEPHEN J. TULLY
Attorneys for Defendant, EisnerAmper, LLP

-2-
STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
CASE NO. 4:21-CV-00990

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiffs. Each party to bear its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: November 13, 2024      By: _____
Hon. Yvonne Gonzalez Rogers
United States District Judge